Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 3:13-cv-05561-SC |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE; AND ORDER (~~Proposed~~) |
| v. | |
| MARCO PERCY RAMIREZ, | |
| Defendant. | |

TO THE HONORABLE SAMUEL CONTI, THE DEFENDANT AND HIS ATTORNEY/S OF RECORD:

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Case Management Conference presently set for Friday, March 7, 2014 at 10:00 AM.  As set forth below Plaintiff respectfully requests that the Court continue the Case Management Conference to a new date approximately Thirty (30) to Forty-Five (45) days forward.

The request for the brief continuance is necessitated by the fact that Plaintiff has not yet perfected service of the initiating suit papers upon the Defendant Marco Percy Ramirez, individually and d/b/a El Hueco.  As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

///

Plaintiff recently identified an alternative address that it believes will be successful to serve its initiating suit papers, upon the Defendant.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Case Management Conference, presently scheduled for Friday, March 7, 2014 at 10:00 AM.

Respectfully submitted,

Dated: February 25, 2014

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

1

## ORDER (Proposed)

2

3      It is hereby ordered that the Case Management Conference in civil action number 3:13-cv-05561-

4   SC styled *J & J Sports Productions, Inc. v. Ramirez,* is hereby continued from 10:00 AM, Friday,

5   March 7, 2014 to ___Friday, May 2, 2014, at 10:00 AM.___

6   .

7          Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of

8   Service of this Order with the Clerk of the Court.

9

10

11

**IT IS SO ORDERED**:

12

13

14

_____          Dated:___02/25/2014___

15

**THE HONORABLE SAMUEL CONTI**
16   **United States District Court**
**Northern District of California**
17

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. 3:13-cv-05561-SC