Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MARCO PERCY RAMIREZ, <br><br> Defendant. | CASE NO. 3:13-cv-05561-SC <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT MARCO PERCY RAMIREZ, individually and d/b/a EL HUECO |

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant MARCO PERCY RAMIREZ, individually and d/b/a EL HUECO, that the above-entitled action is hereby dismissed **without prejudice** against MARCO PERCY RAMIREZ, individually and d/b/a EL HUECO and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by August 12, 2014, the dismissal shall be deemed to be **with prejudice**.

///
///
///
///

STIPULATION OF DISMISSAL
3:13-cv-05561-SC
PAGE 1

1  This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party
2  referenced-above shall bear its own attorneys' fees and costs.

Dated: _____

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J&J SPORTS PRODUCTIONS, INC.

Dated: May 9, 2014  _____

MILES WESTBROOK
By: Brian Banker Miles, Esquire
Attorneys for Defendants
MARCO PERCY RAMIREZ, individually and d/b/a EL HUECO

IT IS SO ORDERED:

_____   Dated: 06/10/2014
The Honorable Samuel Conti
United States District Court
Northern District of California

STIPULATION OF DISMISSAL
3:13-cv-05561-SC
PAGE 2